# UNITED STATES DISTRICT COURT

**SEALED**

for the

_____ District of _____

<table>
<tr><td>FILED</td></tr>
<tr><td>May 18, 2023</td></tr>
<tr><td>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA</td></tr>
</table>

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.   1:23-MJ-00053-SKO |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT RELIABLE ELECTRONIC OR TELEPHONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ in the county of _____ in the

_____ District of _____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| | |

This criminal complaint is based on these facts:

❏ Continued on the attached sheet.

*G. Hernandez*
_____
*Complainant's signature*

_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone

Date:  5/17/2023
_____

*Sheila K. Oberto*
_____
*Judge's signature*

City and state:  _____

_____
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                              Plaintiff<br><br>                    v.<br><br>JUAN BANDA JR., and<br>ARTHUR GARCIA<br>                              Defendants | CASE NO.<br><br>AFFIDAVIT OF FBI TFO YESSIE HERNANDEZ IN SUPPORT OF THE ISSUANCE OF ARREST WARRANTS |

**TABLE OF CONTENTS**

I.      AFFIANT TRAINING AND EXPERIENCE ...........................................................................2

II.     PROBABLE CAUSE.................................................................................................................3

        A.      February 15, 2023 traffic stop of a vehicle driven by Arthur GARCIA
                resulting in seizure of a firearm and GARCIA's cell phone.....................................4

        B.      Cell phone communications between GARCIA and BANDA evidencing their
                ongoing illegal firearms manufacturing and distribution operation. ........................6

        C.      A search of BANDA's residence reveals additional firearms, firearm parts,
                and ammunition. ........................................................................................................9

        D.      GARCIA admits manufacturing and selling firearms with BANDA, and to
                being a member of the Northside Selma Bulldogs. ..................................................11

        E.      BANDA admits to selling firearms and to being a member of the VSR Selma
                Bulldogs. ....................................................................................................................14

        F.      GARCIA's cell phone contained additional evidence of firearms manufacture
                and trafficking. ..........................................................................................................19

                1.      Summary and excerpts of communication between GARCIA and
                        "Jose" (user of an identified 559 area code phone number)(hereinafter
                        referred to as "Jose") between March 15, 2022 – February 15, 2023.  ..................41

                2.      Summary and excerpts of communication between GARCIA and  the
                        user of an identified 559 area code phone number (hereinafter referred
                        to as "UI5") on April 14, 2022.................................................................................42

III.    CONCLUSION...........................................................................................................................43

AFFIDAVIT

1

I, Yessie Hernandez, being sworn, depose and state the following:

1.     I make this affidavit in support of a complaint charging JUAN BANDA JR and ARTHUR GARCIA with Engaging in the Business of Dealing Firearms without a License in violation of Title 18, United States Code, Section 922(a)(1)(A); Possession, Sale, or Transfer of a Machinegun and Possession of an Unregistered Firearm in violation of Title 18, United States Code, Section 922(o); and Possession of an Unregistered Firearm in violation of Title 26, United States Code, Section 5861(d).

## I.     AFFIANT TRAINING AND EXPERIENCE

1.     I am a Federal Bureau of Investigation (FBI) Task Force Officer (TFO) assigned to the Sacramento Division, Fresno Resident Agency (RA). I am deputized as a Special Federal Officer.

2.     I am employed as a sworn full-time peace officer for the Fresno Police Department (FPD) and have been so since December 2015. I am currently assigned to the Multi-Agency Gang Enforcement Consortium (MAGEC) where I investigate organized crime, gangs, violent crime, and the sale and manufacturing of illegal firearms. I have attended specialized training put on by the FBI, California Department of Justice, MAGEC, California Gang Investigators Association (CGIA), Southern California Gang Conference (SCGC), and California Narcotics Officer Association (CNOA). Throughout my law enforcement career, I have attended training and conducted investigations relating to criminal street gangs, organized crime, violent crimes, firearms, controlled substances, and other areas of law enforcement.

3.     Through my training and experience, I am familiar with the identification of various firearms and firearms parts.  I am also familiar with the various methods used by individuals to obtain, possess, manufacture, transport, and/or sell firearms.  I am also familiar with the modus operandi as it pertains to the illegitimate use of such proceeds in violation of federal law.  These methods include the use of telephones, cellular telephones, wireless communication technology, counter surveillance, elaborately planned smuggling schemes tied to legitimate businesses, false or fictitious identities, and the use of coded or vague communications in a text message format in an attempt to thwart law enforcement.  I have also interviewed firearms distributors and have discussed with them the lifestyle, appearances, habits and methods of firearms distribution and trends.

AFFIDAVIT

2

4.     I have also become familiar with the way firearms traffickers use telephones, often cellular phones, to conduct their illegal operations. Specifically, I know that firearms traffickers use cellular phones to facilitate their criminal activities. In my experience conducting firearms investigations, I have found phones to be used for verbal conversations, text messaging, or other instant messaging relating to firearms trafficking activities. Through my training, experience, and interaction with other experienced special agents, task force officers, and other firearms investigators, I have become familiar with the methods deployed by firearms traffickers to manufacture, safeguard, store, transport, and distribute firearms, and to collect and conceal proceeds from the sale of firearms, and to communicate with other participants to accomplish such objectives.

5.     I am familiar with the facts and circumstances of the investigation from discussions with detectives, agents of the FBI and other law enforcement officers who are also actively involved in the investigation, and from my own review of records, and reports relating to the investigation. Unless otherwise noted, wherever in this affidavit I assert that a statement was made, the information was provided by another agent, law enforcement officer or witness who may have had either direct or hearsay knowledge of that statement and to whom I or others have spoken or whose reports I have read and reviewed. Such statements are among many statements made by others and are stated in substance and in part unless otherwise indicated. Since this affidavit is being submitted for the limited purpose of filing a complaint, I have not included details of every aspect of the investigation. Facts not set forth herein are not being relied on in supporting probable cause, nor do I request that this Court rely on any facts not set forth herein in reviewing this application.The information set forth in this affidavit is not intended to detail each and every fact and circumstance of the investigation or all information known to me and other law enforcement investigators. Rather, this affidavit serves to establish probable cause for arrest of BANDA.

## II.     PROBABLE CAUSE

8.   As set forth more fully below, on February 15, 2023, investigators conducted a traffic stop on a vehicle occupied by 2 uncharged individuals (referred to hereinafter as "UI1" and "UI2") and Arthur GARCIA.  The stop resulted in investigators seizing a firearm and 3 cellular telephones.

AFFIDAVIT                                                3

1    GARCIA's phone was analyzed, and revealed ongoing communications with Juan BANDA, Jr.

2    establishing that the two were engaged together in the illegal sale of firearms.  The details appear below.

3    **A.   February 15, 2023 traffic stop of a vehicle driven by Arthur GARCIA resulting in seizure of a firearm and GARCIA's cell phone.**

4    9.    On February 15, 2023, FPD Detective Jose Garcia was assigned to the MAGEC

5    Metropolitan Tactical Team operating in the City and County of Fresno, California. Detective Garcia

6    conducted a traffic stop on a Toyota vehicle for violation of the California Vehicle Code (CVC) section

7    27315 Seat Belts and Inflatable Restraint Systems and 22350 Speeding.  As Detective Garcia caught up

8    to the vehicle, he observed the Toyota pickup speed and switch lanes. The right rear passenger quickly

9    turned his head toward Detective Garcia multiple times as he tried to catch up to the vehicle. The vehicle

10   yielded around North Avenue and Orange Avenue. Detective Garcia contacted the driver, Arthur

11   GARCIA; front passenger, UI1; and right rear passenger, UI2. Det. Garcia asked the occupants if they

12   were on probation or parole. All of the occupants said they were not.

13   10.    Law enforcement record checks revealed GARCIA and UI1 were on Fresno County

14   Probation for a felony violation of the California Penal Code (CPC) 28850(A) Carry a Loaded Firearm

15   in Public. Both began probation on January 18, 2023, had a termination date of January 18, 2025, and

16   were open to search and seizure based on their probation terms.[12]

17   11.    Detective Garcia had all three occupants exit the vehicle based on GARCIA's and UI1's

18   dishonesty about their probation status, his knowledge that both had previously been arrested for firearm

19   and gang charges, their nervous and evasive conduct prior to and during the traffic stop, and that they

20   might be in possession of contraband

21   12.    During the search, detectives observed loose and tampered carpet in front passenger area

22   underneath the glovebox. After moving the carpet, Detective Garcia located a loaded .45 caliber Ruger

23

24   _____

25   [1] On December 31, 2022, GARCIA and UI1 were arrested in the City of Selma, CA for possession of a loaded firearm by Selma Police. During this contact Garcia and UI1 were documented as

26   Selma Bulldog gang members under Selma Police report 22-0006865.

27   [2] GARCIA and UI1 were both present in the Fresno County Superior Court Department 32 on January 18, 2023 where they plead guilty to weapon violations for court case F23900051.

28   AFFIDAVIT                                                4

handgun (serial: 66418133).[3] Detective Garcia believed the firearm was in position to be concealed from law enforcement and in a position to which only the front passenger had access.

13.    Under Miranda, GARCIA denied the firearm was his and stated he did not know it was inside the vehicle.  GARCIA said he was an active Selma Bulldog gang member. Under Miranda, UI1 denied owning the firearm or knowing the firearm was in the vehicle but did admit he was an active Selma Bulldog. Detective Timothy Barnett spoke with UI2. UI2 denied knowledge of the firearm. UI2 did admit to being an active Selma Bulldog gang member.

14.    All three subjects were in possession of cell phones which were seized. On February 21, 2023, the Honorable Judge Tharpe issued a search warrant for the cell phones.

15.    Detective Garcia received the cell phone extractions for GARCIA's cell phone. The following are excerpts and summaries of evidence discovered on GARCIA's cellphone by Detective Garcia. GARCIA had several photos of the Ruger handgun located during the traffic stop on his cell phone (as recent as February 5, 2023). He also had several photos, video, and text messages, of other firearms including handguns and assault rifles.

16.    On January 25, 2023, at about 1722 hours, a video was recorded from GARCIA's cell phone. The video was taken in the living room inside of a residence. The subject recording the video is possibly GARCIA as it appears GARCIA is holding the cellphone while he records. The video shown two rifle lower receivers and two upper receivers which are commonly a part of the Armalite Rifle (AR) and M-16 family of firearms. The video was captioned, "On probation still building guns." At about 1958 hours, GARCIA photographed a completed short-barreled rifle with the upper and lower receiver seen in the video.[4]

17.    On January 24, 2023, it appeared GARCIA recorded a video inside of a residence. It appeared GARCIA was holding an AR-15 rifle. A black bag could be seen on the floor, the bag

---

[3] The firearm came back registered to an identified person with a date of transfer back on November 4, 2005. Detectives contacted the registered owner, who told them he lost the firearm back in 2008 and never reported it lost but mentioned no one had permission to have his firearm.

[4] Based on the cell phone being seized from GARCIA, Det. Garcia's observations on the phone data connecting GARCIA to the phone and my own observations in reviewing the phone data, I believe that the communications, images and videos on the phone are those of GARCIA. As such, I will refer to the person taking the photos or recordings or engaging in communications as "GARCIA."

appeared to contain multiple rifles. Detectives were unable to determine if the rifles were completed based on the video.

18.     On February 15, 2023, GARCIA engaged in a text message conversation with Juan BANDA, Jr. during the traffic stop with MAGEC Detectives.  The text exchange was with a contact named, "Pops" under the phone number of (559)xxx-x521.  Law enforcement databases indicate the phone was registered to Juan BANDA Jr. with an address at a specific address in  Selma, CA (referred to hereinafter as "BANDA's residence"). During the conversation, GARCIA advised he was pulled over by police. BANDA replied he was on his way. BANDA arrived at the traffic stop and spoke with Detective Barnett who obtained BANDA's name, date of birth, and address(which was BANDA's residence).

**B.     Cell phone communications between GARCIA and BANDA evidencing their ongoing illegal firearms manufacturing and distribution operation.**

19.     Between February 15, 2022, and February 15, 2023, GARCIA and BANDA engaged several consistent text message conversations. Both sent multiple photographs and videos of multiple handguns, assault rifles, including short-barreled rifles. Based on the messages, GARCIA and BANDA appear to be manufacturing and selling firearms. Investigators located several photos of firearm parts and conversations of manufacturing firearms on GARCIA's phone.  I will list examples of those messages, photographs, and videos below.

20.     On February 7, 2023, BANDA sent a photo of a black AR-15 style rifle to Garcia. The rifle was displayed in front of fireplace inside of a residence. Detective Garcia was able to locate a photo of the fireplace located at BANDA's residence utilizing a real estate listing website (www.Redfin.com) from 2018 and believed it to be the same as the photo BANDA send Garcia.

21.     On January 28, 2023, BANDA asked GARCIA to ask an unknown subject via text if he wanted to look at another "AR", meaning AR-15 rifle.[56] BANDA told GARCIA to tell the unknown subject that GARCIA has others, possibly referring to other rifles. BANDA told the GARCIA if the

---

[5] At this time GARCIA was a convicted felon based on his active probation offense of CPC 25850(a).

[6] I know based on my training and experience, "AR" is short for AR-15 rifle.

unknown subject has "money to burn…imma get that." Garcia replied to BANDA, "He's girl don't let him buy." BANDA said he didn't believe that and Garcia told BANDA he will ask again.

22.     On January 27, 2023, GARCIA texted BANDA, "Aye", "Ima sell baby a", "To the homie for 1k load up a full clip of green tips that was in it." BANDA replied shortly after, "Ready." Based on my training and experience, I know "baby a" is slang for a short barrel AR-15 style rifle.  I also know "homie" is slang and used when referring to gang members generally in the same gang / alliance. I believe GARCIA is communicating with BANDA that he is going to sell a short barrel rifle for $1000 and wanted BANDA to load a full magazine of green tip ammunition for the sale. About 18 minutes later (1733 hours) BANDA replied "Ready."

23.     On December 26, 2022, GARCIA sent BANDA, "Love you too n trying to see wassup about going to the homies out to try out baby A." BANDA replied, "Run tha AK too." Based on my training and experience, GARCIA was going to test fire a short barrel AR-15. BANDA requested, GARCIA to test out an AK47 rifle. I believe GARCIA conducted a test fire on weapons to ensure they were functional.

24.     On November 2, 2022, GARCIA sent BANDA a photograph of a black handgun. The handgun appears to be a Glock Model 22 handgun equipped with an auto sear at the rear of the slide. I know based on my training and experience, "switch" is slang for an auto sear which allows a conventional semi-automatic Glock pistol to function as a fully automatic firearm.  GARCIA texted BANDA, "He wants to trade baby ar", based on my training and experience with illegal firearm sales, the unknown subject meant he wanted to trade the Glock handgun with the switch for the short barrel AR-15 rifle. BANDA replied, "Oh and it got a switch", referring to the "Glock Switch" or "Auto sear" that makes the handgun fully automatic. An "auto sear" is a machinegun.  Title 18, United States Code, Section 921(a)(24); Title 26, United States Code, Section 5845(b); Title 27, Code of Federal Regulations, Section 179.11 ("The auto sear . . . is a combination of parts designed and intended for use in converting a weapon to shoot automatically more than one shot, without manual reloading, by a single function of the trigger.  Consequently, the auto sear is a machinegun as defined by 26 U.S.C. 5845(b).").

AFFIDAVIT
7

25.     On October 25, 2022, BANDA sent GARCIA multiple photographs of a red and black short barrel rifle. BANDA told GARCIA to show "Jake" that one, referring to the photograph of the short barrel rifle. Banda texted Garcia, "$?", "R should I go 1200 for ARs", based on my training and experience, Banda is referring to selling the AR-15 rifles for $1200. GARCIA replied to BANDA, "Nah it won't sell for that much". "It's a 9mm", referring to the rifle being chambered for 9mm ammunition. Garcia continued to say, "Ars go for 1-1.2k for 556s", meaning AR-15 rifles sell for $1000 to $1200 for rifles that are chambered for 5.56 ammunition. GARCIA told BANDA, "9mm ones go for 1kn less", meaning rifles chambered in 9mm sell for $1000 or less. Based on my training and experience, I believe BANDA and GARCIA are conducting a firearm sale and determining the price to sell the AR style rifle to Jake.

26.     On September 19, 2022, GARCIA sent BANDA two photos of two different Glock style handguns and said, "Try n see who wants this g17." BANDA asked GARCIA why he wanted to sell it and told GARCIA to "keep it." GARCIA told BANDA, "You'll sell me your switch?", meaning a fully automatic weapon, and BANDA replied, "They want your switch with it huu." GARCIA replied, "No this guy will trade right across." BANDA told him, "Ok do it", "I like my switch." Based on my training and experience, I know a "g17" is a type of glock handgun chambered in 9mm. I believe GARCIA was inquiring with BANDA on who was interested in purchasing or trading his firearm. It appeared GARCIA had an unknown subject who was willing to trade.

27.     On September 3, 2022, GARCIA sent BANDA a video of red colored auto sear. GARCIA later sent a photo of the red auto sear inserted into an AR-15 style rifle. Based on my training and experience, auto sears for AR-15 style rifles convert a semi-automatic rifle into a fully automatic.

28.     On July 20, 2022, BANDA sent GARCIA a video of male shooting a fully automatic handgun. The male was wearing a dark hat with the word "Selma" written on it, a black sweater, with a Fresno State Bulldog logo, gray pants, and red shoes. The male in the video shooting the fully automatic firearm appeared to have the same build as GARCIA.

29.     GARCIA had several text messages with a subject named "Jflacco", phone number 559-xxx-x921. During GARCIA's arrest on February 15, 2023 with one of the passengers of the vehicle (as

noted above, referred to herein as "UI1"), UI1 provided the phone number of 559-xxx-x921 to police. Detective Garcia located UI11's Facebook account and observed UI11 to use the monikor "Flacko" on the account.[7] Based on this information, Detective GARCIA believed the user of phone number 559-xxx-x921 to be UI11.

30.     On December 30, 2022, UI1 asked GARCIA, "Can I pick up pole" "Busters sliding on us." Based on my training and experience, "Pole" is slang for a firearm and "Buster" is a derogatory term used when referring to Norteno gang members.

31.     Detective Garcia reviewed the cellphone extraction from UI1's cellphone. A photo dated February 5, 2023, was located of UI1 holding a black handgun different from the handgun located on the traffic stop on February 15, 2023. An additional photo dated August 8, 2022, was located of UI1 inside a residence sitting on a couch. UI1 had a black rifle next to him.

32.     On February 5, 2023, UI1 and GARCIA had a conversation on Facebook Messenger. UI1 told GARCIA, "I need pole." GARCIA replied that he should have told "Casper". Detective Garcia was able to identify Casper as UI2 by locating his arrest on March 23, 2023, and reviewing his Fresno County Jail Classification information listing Casper as his moniker. Based on my training and experience, GARCIA has knowledge UI2 has possession, access to firearms, and is willing to distribute them.

**C.     A search of BANDA's residence reveals additional firearms, firearm parts, and ammunition.**

33.     Based on the investigation above, Detective Garcia authored a state search warrant for an address on Nelson Blvd. in Selma, CA (GARCIA's residence), an address on McCall Avenue in Selma (UI1's residence), and BANDA's residence. The warrant was signed on March 13, 2023, by Honorable Judge Kristi Kapetan. The search warrants were executed on March 15, 2023. Investigators located the following evidence:

*BANDA's residence* –

---

[7] https://www.facebook.com/search/top?q=flacko%20boutabag

- 3 completed AR-15 style rifles (including a red rifle matching the photos sent by BANDA to GARCIA)
- Springfield XD 9 (XD887944)
- Gray and black PMF handgun
- 4 rifle lowers with trigger assemblies
- Micro conversion kit
- High-capacity magazines
- 650 rounds of Blazer 9mm ammunition, 368 rounds of .223/5.56mm ammunition, .40 caliber ammunition, .22 caliber ammunition
- .40 caliber ammunition
- Three rifle bags
- Auto sear made of plastic and cracked (red in color and appearing to be the same as in a photo sent by GARCIA to BANDA)[8]
- Mulitple firearm parts (springs, buffer tubes, bolts, rifle sights, optics, weapon lights, and other accessories)
- AR Jig[9]
- Plate carrier vest
- Body armor
- Bulldog gang indicia
- Samsung touchscreen cellphone IMEI: 357052525994462 SN: R9WTB0ZRLRV belonging to BANDA
- Motorola touchscreen cellphone IMEI: 352135781039928 Model: XT2211-1 belonging to BANDA's wife.

---

[8] The recovered auto sear and the auto sear in the photo both are red and are cracked, but the recovered auto sear's crack is longer than that on the one in the photo.  Prior to execution of the BANDA search warrant, GARCIA and BANDA had engaged in a discussion in which GARCIA was going to try to fix the crack.

[9] I know based on my training and experience, a jig is a tool used in the manufacturing process commonly used during private firearm manufacturing.

AFFIDAVIT                                           10

1    34.      Investigators did not locate any further firearm evidence at the two other locations during

2  the search warrant execution. On March 15, 2023, Detective Garcia and I interviewed GARCIA and

3  BANDA at Fresno Police Department Headquarters.

**D.     GARCIA admits manufacturing and selling firearms with BANDA, and to being a**
4  **member of the Northside Selma Bulldogs.**

5  _[10]_

6        35. Detective Garcia read GARCIA his *Miranda* rights which he stated he understood and

7  provided the following summarized information: GARCIA had been at his current employment for

8  about a year and made about $2000 every two weeks. He helped his mother out by paying for most of

9  the rent and the electricity bill. He did not possess a concealed weapons permit or a federal firearms

10  license (FFL). GARCIA's Toyota Corolla car payment was $700 and the apartment rent was $1300.

11  GARCIA expressed his interest to eat out at steak houses and have nice things. GARCIA admitted to

12  being a Northside Selma Bulldog gang member.

13    36.      GARCIA admitted to holding and possessing the Ruger firearm detectives located on the

14  February 15, 2023, traffic stop but stated it was not his.[11] GARCIA had taken photos of different

15  firearms inside of his residence when he was not on probation. He would store firearms for different

16  people but did not specify for whom. After being arrested, GARCIA gave the firearms back to their

17  owners.

18    37.      GARCIA admitted to building and manufacturing handguns. He described his process for

19  obtaining firearm parts, manufacturing them, and selling them. He would acquire parts from gun shows

20  and purchase firearm kits including "P80s."[12] At times he would order parts online and get them

21  delivered at the gun show or to them. GARCIA would purchase the P80 kit for about $400 and rifle kit

22  for about $600. A drill was needed as part of the building process. GARCIA admitted he was not

23  confident in the in the entire building process due to different specifications the firearms needed to be at

---

24    [10] Detective Garcia and I recorded GARCIA's interview.

25    [11] UI1 was arrested for possession of the Ruger firearm.

26    [12] P80 is short for polymer 80 which is a firearm parts company widely known in the PMF
industry for selling firearm kits. These kits often require drilling, milling, and additional assembly to
27  make into a functional firearm (https://www.polymer80.com/pistols/p80handguns).

28  Affidavit

to function properly and refer to YouTube for advice. He would outsource the job to people had connected with at the gun show. The different people assisting with the build would charge GARCIA a service fee of $100 for a handgun and $200 for a rifle. GARCIA would receive the firearm back from the person by meeting them at gun shows throughout the state. He would complete the firearm together and add accessories.  GARCIA stated completed rifles would sell for $1000 and completed handguns would go for $900-$1000. He expressed interest in obtaining his gun license but had to put it on hold after being arrested for possessing his PMF firearm by police.

38.     GARCIA admitted to sending BANDA pictures of firearms. They both would go to the gun show and stop by BANDA's residence before going to GARCIA's residence. GARCIA taught BANDA how to build guns because he loved guns. Both would try to build AR rifles and handguns together. GARCIA did not have expensive drills to build guns and only had a hand drill. GARCIA clarified he was the one that built the firearms and requested BANDA to help him find a buyer for the firearm. GARCIA never sold any of the firearms to gang members and mostly sold to people who possessed their gun license or "regular people."

39.     GARCIA attempted to be responsible about selling guns but also admitted to being a Selma Bulldog gang member. GARCIA stated, "That's against the law. It's federal, you know…I know that, it's federal to sale…sale firearms. Especially on the streets that's killing people."

40.     On one occasion, GARCIA bought a gold handgun from Stricker Industries chambered in 9mm for $600 and after he modified it, he was able to sell if for $1200. GARCIA possessed an AR rifle with a binary trigger. He explained his understanding of a binary trigger and how the rifle would fire with the trigger pull and fire an additional round once the trigger was depressed. GARCIA had purchased a 3D-printed binary trigger for $20.. The reason why is was priced so low was because the binary trigger was 3D printed and mentioned reliability issues of the trigger busting.

41.     When GARCIA was selling guns, he would make a good amount of money. He wouldn't buy jewelry or anything that would attract unwanted attention to himself. He would save the money he would make because he wanted to trade his car in. He would usually build firearms once he got off work

1   and would build one or two a week. But then said it was more like two a month and agreed that he made
2   about $1000 in profit for the firearms.

3      42.   Detective Garcia printed out several photos taken from GARCIA's cellphone. One of the
4   photos was of a Glock style PMF with equipped with an auto sear. GARCIA had purchased the auto sear
5   at a gun show for $300. When GARCIA sold the firearm, he sold it separate from the auto sear
6   originally installed on it. GARCIA sold the auto sear for $300 to the person he originally purchased it
7   from about six months ago. Another firearm pointed out he had bought for $600 and sold for $800.
8   GARCIA no longer had any of the several firearms he was shown but admitted possessing them other
9   than the AK47 rifle, at one time. BANDA assisted with GARCIA with building them but did not own
10  the firearms shown to him. GARCIA did this by circling and initialing the firearms that belonged to him.
11  GARCIA had sold the firearms shown to him to different people or gotten rid of them.

12     43.   Detective Garcia asked GARCIA about a text message conversation he had with BANDA
13  regarding the Selma Police Officer who was shot and killed.[13] GARCIA knew "Nate Dogg" (Nathaniel
14  Dixon[14]) as a "homie" but did not personally know him only knew of him. GARCIA was at work during
15  the incident when the Selma Officer was killed. GARCIA had heard over the police scanner the suspect
16  had shot the police officer with an AR-15. GARCIA had provided BANDA with a caliber and
17  description of the rifle during the conversation of a .223 AR chrome and black.[15] GARCIA had learned
18  about the description of the rifle from his "homies." GARCIA began to think of a similar rifle he used to
19  own that was black and chrome. He didn't believe it was the rifle he used to own because the suspect
20  shot the officer seven times, and his black and chrome rifle would only shoot one bullet. This led

21

22  _____

23  [13] On January 31, 2023, Selma Police Officer Gonzalo Corrasco Jr. was killed in the line of duty
    by gunfire when he was ambushed during a patrol check of a suspicious person. The Fresno County
    Sheriff's Office identified and arrested Nathaniel Dixon as the suspect. Fresno County Jail Class had
24  listed Dixon as a Vario Selma Rifa (VSR) Bulldog gang member with the moniker of "Nate Dogg."

25  [14] Nathan Dixon is charged in Fresno County Superior Court with Murder and Felon in
    Possession of a Firearm in violation of California Penal Code, Sections 187 and 29800(a)(1), and
26  remains detained pending disposition of his case.

27  [15] On March 24, 2023, I confirmed with FSO Homicide Detective Richard Antunez the color and
    caliber of the rifle used during homicide was not broadcasted over the radio or released to the public.

28  AFFIDAVIT                                          13

GARCIA to believe the rifle he and BANDA previously owned was not the rifle used to shoot the officer.

44.     GARCIA did not sell or furnish the firearm to Nathaniel Dixon because they (GARCIA and BANDA) did not sell guns to gang members because usually when they sold firearms it was to people from different cities and states. GARCIA further indicated his black and chrome rifle was chambered in 7.62 and only shot one round leading him to know it was not a rifle from them. GARCIA restated he knew about the description of the firearm from his homies because gang members often show off what type of firearms they have and provided himself as an example that he would show off the types of guns he had to his homies. GARCIA stated, "I understand where you guys are coming from, you know, obviously I got hella guns and you, this guy just shot a cop with one of the guns that looks like mine." GARCIA'S DNA or fingerprints would not be found on the rifle used in the homicide and the rifle did not come from BANDA. GARCIA knew this because he was familiar with the rifles they build because he was the one that built them and admitted he was a little bit worried that it could have been their rifle because they had recently sold a rifle to "some guy." GARCIA had followed up with the subject who lived out of town and confirmed he still had the rifle.

**E.     BANDA admits to selling firearms and to being a member of the VSR Selma Bulldogs.**

45. At the time of the statement, BANDA was employed by World Oil Environmental Services as a hazardous materials driver and had been with the company for six years. He worked full time and can work up to 120 hours every two weeks, additionally he could receive an incentive check for his work. One of BANDA's juvenile daughters was in a dating relationship with GARCIA. BANDA had taken a mentor role in GARCIA's life and helping him. TFO Hernandez read BANDA his *Miranda* rights which he stated he understood by saying, "yes" and provided the following summarized information:

46. BANDA's wife recently renewed her CCW. They both would order stuff because it was legal. BANDA could go online, and order stuff and it would be delivered straight to his house because it

was legal. BANDA and his wife would attend gun shows last year when they were still around and purchase firearm kits. BANDA would explain to his wife the different types of guns and items, and how they can later register them under BANDA's wifes name. He believed they probably had two functional firearms and firearm parts.

47. BANDA's wife had her CCW for about a few years and they were both registered at "The Range."[16] She carried a firearm because she would exercise her Second Amendment right. BANDA's wife doesn't always carry her gun all the time and owned the Springfield XD 9mm that was registered to her name. She did not own any other firearms.

48. Based on BANDA's experience, gun shows were a place where someone could buy barrels, slides, and other gun parts but it was dependent on what a vendor had at their table. Shirts, backpacks, and flavored salami were also available at the gun show. Attending the gun show was an activity BANDA and his wife would do together as a couple. They would also go to the gun range to go shooting. BANDA and his brother also had a membership at the Fresno Range.[17]

49. BANDA admitted to purchasing gun parts at the gun show and some of the items law enforcement located were the parts he purchased. BANDA would tell his wife if she wanted to build a gun, they would register it to her. His brother also had an AR that was registered and legitimate. BANDA would take his girls shooting and teach them about gun safety.

50. The last time BANDA attended a gun show and got stuff was in the summertime (2022). He mentioned an assault rifle law that was recently overturned. I provided a photo taken by investigators of the evidence seized from BANDA's residence. BANDA provided information on where he sourced parts to build the firearms. Some of the parts were purchased online and at the gun show. He had purchased the lowers before the law changed which didn't allow you to purchase lowers after the fact. When he purchased the lower they were already milled out because BANDA did not have a milling

---

[16] Based on my training and experience, I am aware of The Range Pistol Club located at 5151 North Gates Avenue Fresno, CA to be a gun shop and an indoor shooting range

[17] An open-source check revealed "Fresno Rifle Range" to possibly be the Fresno Rifle and Pistol Club located at 15687 Auberry Rd Clovis, CA to be an outdoor range located near the City of Fresno.

AFFIDAVIT

machine at his house or bits. He estimated the rifle I pointed out in the photo to cost him under $500 to build. BANDA described the barrels, lowers, AR pistols, and the quality of the items at the gun show. BANDA and his wife paid $500-$600 for a "P90".

51. BANDA was asked the best way to describe who owned the firearms in the photo. BANDA replied it was his wife and himself. They have a shared bank account, but BANDA would usually pay due to going to the gun shows a lot of times without his wife. BANDA could not remember how long he owned the firearms in the photo, but it was about $1 – 1 \frac{1}{2}$ years since he has done the firearm stuff.

52. BANDA's relative also owned firearms and would find deals on ammunition. BANDA's brother would ask if they wanted to split the cost of a bulk order of ammunition to save money and purchase the ammunition for BANDA. BANDA's wife had also purchased ammunition at the Selma Gun Store.

53. BANDA provided further information on how much each gun in the photo cost to build which were around $400-$500 and the cost of "MCK" to be at $150.[18] The magazines in the photo were likely high-capacity but he had gotten them before things switched over. BANDA and his wife planned to register the firearms once they were built but had not gotten to registering the firearm due to life and being busy. BANDA also mentioned the firearm hadn't been fired.

54. BANDA would like to put more firearms together and register them. BANDA was asked if he was familiar with what would make a weapon an assault weapon in California. He replied, "automatic." BANDA referred back to when the laws changed, and "fins" were installed on the firearms.

55. BANDA wanted to register the firearms in his wife's name due to his background but did mention he had not tried to. BANDA was convicted of attempted homicide as a juvenile and was sent to the California Youth Authority (CYA). BANDA agreed to circle the firearm (BANDA's wife's

---

[18] I know based on my training and experience an "MCK" is similar to a Micro Roni pistol chassis which allows a handgun to be inserted and fired (https://www.micro-roni.com/).

Affidavit

Springfield XD) in the photo provided to him indicating it did not belong to him and admitted to owning all the other items by saying, "I'll take everything else".

56. BANDA admitted to having communication with GARCIA about several topics including firearms. They would talk about working on firearms and firearms in general. BANDA had never sold or given any firearms or ammunition to GARCIA. When attending gun shows GARCIA would have his own parts. BANDA could not recall if GARCIA had ever held any of his guns at his house, but he was pretty sure he pulled out a rifle to show him, but it had been a while. BANDA and GARCIA would also go to gun shows frequently.

57. BANDA and GARCIA would go to gun shows and be asked if they had a part for sale or trade. BANDA was not sure who the people he would sell to were but did admit to making connections at the gun shows. BANDA was provided with an example of a conversation with GARCIA and himself about them having guns for sale. BANDA described it as throwing things around like he would do at the gun show, referring to dealing firearms. At the gun show, you were able to walk in with a cleared weapon and see who was interested in purchasing firearms and the conversation between BANDA and GARCIA had been similar in nature.

58. Selling firearms was not something he and GARCIA would make a steady income from, and it was just something done at the time if the price and opportunity were there. BANDA denied they were manufacturing due to not having a milling machine or bits at his residence. BANDA did not have CCW or federal firearms license (FFL) and was familiar with what the license was. BANDA did not recall if business would take place at a gun show, parking lot, or someone's house. None of the firearms in the photo shown to him were fully automatic and he would be surprised if they were. BANDA was generally familiar with a binary trigger, none of the firearms in the photo would have one, and he had bought one.

59. BANDA had no way to verify if the person he sold firearms to were legitimate and he would have to go off face value. A lot of the time the person purchasing the firearm from BANDA was referred through friends of friends and restated that he wasn't out doing illegal activity or shooting people. BANDA agreed he had no way for him to run a background check. All it was just guys buying,

Affidavit

selling, and trading gun parts and talking about guns. BANDA was aware of GARCIA's probation due to taking him to check in and he got put on calendar for community service.

60. BANDA said a rifle could sell for $900-1000 but could not recall if he has ever sold a rifle to his coworker. BANDA did not register anything because of the ability to purchase them without registering them without the FFL step since it was at a gun show. Once they were built, BANDA and his wife would register them under her name but there was no real reason why they weren't registered, but he wasn't trying to be sneaky. BANDA was aware the firearms did need to be registered once they were put together. The last time BANDA sold a gun was probably a couple of months to one month ago to someone he did not remember. He sold the firearm to someone in the Selma or Fresno area and made a little bit of profit from it.

61. BANDA then asked if he was going to incriminate himself and was explained investigators were expanding on some questions asked earlier. BANDA was aware of the incident involving Selma Officer Carrasco and did not agree with what happened and was surprised with the outcome. He was aware of the house that was closed down where the guys hung out but did not know Nate Dogg due to him being 23 years old. BANDA believed it was "stupid as fuck" for them to be doing that as a "put on" thing. Based on my training and experience, "put on" is slang for gang initiation. Often prospective gang members are tasked with committing crime to prove themselves to the gang the want to join. BANDA admitted he was to be part of Selma VSR and that he was not a dropout.

62. BANDA remembered the text message conversation between him and GARCIA talking about the officer down incident. BANDA knew the rifle was an AR-style rifle that was used due to the news. Detective Garcia asked BANDA if he remember the description of the rifle GARCIA provided. BANDA replied it was red, then silver, and gray.

63. BANDA believed GARCIA would say the color of the rifle because of a familiar rifle they have seen. BANDA has different colored stuff like an unfinished lower. BANDA grabbed the photo on the interview table and pointed to a firearm and said maybe GARCIA was referring to a chrome and black gun in the photo. BANDA doubts the firearm used by Nate Dogg was built by

AFFIDAVIT

18

GARCIA or himself. BANDA isn't the only one who had gun parts in town. BANDA stated it did not come from his house or from GARCIA and himself.

64. BANDA was shown a photo of a rifle in a text message thread that looked like the rifle possessed by Nate Dog. BANDA did not recall the rifle due to having a whole different butt stock. BANDA pointed at a lower on the photo on the table and said the lower in the photo could be the lower on the rifle I showed him, but he could not recall taking the rifle apart.

65. BANDA said you could buy, sell, and trade at a gun show and you could do the same thing outside of a gun show by networking the same way. If someone had something they would send him a picture, or he would send them a picture. BANDA could not provide an estimate on how much he made from buying, selling trading guns because he didn't keep track. Interview ended.

66. Detective Garcia arrested both BANDA and GARCIA on several state weapon violations. FCJ Classifications had listed BANDA as a VSR Bulldog and GARCIA as a Northside Selma Bulldog.

### F.   GARCIA's cell phone contained additional evidence of firearms manufacture and trafficking.

67. On March 23, 2023, I conducted further analysis of GARCIA's cellphone contents by reviewing the cellphone extraction.  I found numerous and ongoing conversations between GARCIA and BANDA[19] discussing the purchase and sale of firearms.  Examples of these conversations between GARCIA and "Pops" (559)xxx-x521 between February 15, 2022 – February 15, 2023.

68.   On February 19, 2022, BANDA sent GARCIA several photos of a small Glock style PMF with the text, "Show them ESiders" and a price of $700 and $750 with an extended magazine. I know based on my training and experience, "ESider" is slang for Eastside and referring to the Eastside Bulldog gang. I believe BANDA is tasked GARCIA with locating an Eastside Bulldog gang member to purchase the firearm.

---

[19] As further detailed previously and hereinafter, BANDA is saved as "Pops" with a phone number of (559)xxx-x521 in GARCIA's phone and is established by messages between "Pops" and GARCIA, including photos and the content of the messaging, law enforcement database information indicating BANDA is the subscriber, among other corroborating evidence set forth herein.)

69.    On April 8, 2022, BANDA sent GARCIA a photo of screenshot of an article titled, "The Best 9mm Ammo For Sale in 2020 – Extreme Bullets." GARCIA told BANDA he needed "shotty" rounds and BANDA replied, "We gotta buy some…gotta give me money so I can have my brother buy some." Based on this conversation, I believe one of BANDA's brothers maybe purchasing shotgun ammunition for BANDA and GARCIA.

70.    On April 12, 2022, BANDA sent GARCIA a photo of a Glock PMF style handgun with a Glock 26 slide with the text, "800…if u wanna pass on word .." and two more photos of two more Glock PMF handguns with the text, "Twin Glock 26.. $1600 fr both." Based on this conversation, I believe BANDA had several firearms he wanted GARCIA to assist him with locating a buyer.

71.    On April 13, 2022, GARCIA texted BANDA about selling a tan 26. Based on my training and experience, "tan 26" is slang for Glock 26 or PMF 26, tan in color. BANDA replied to sell that "Mofo." Based on my training and experience, "Mofo" is slang for motherfucker. GARCIA asked if the subject was going to bring an AR-9 and BANDA confirmed and it would be next Friday. GARCIA requested BANDA ask if the subject could bring another 26 (Glock 26 or PMF 26) with him. BANDA replied, "R do 750…and u add 50…and get 2 kits" Based on the conversation above, I believe GARCIA was asking for permission to sell the PMF style Glock 26 and BANDA replied with his approval. GARCIA then asked if an unknown subject still bringing an AR style 9mm rifle and if he could bring another PMF style Glock 26 for him.

72.    On April 13, 2022, BANDA sent several additional photos of PMF handguns with the text of "$1900 for both G26 CUSTOM SLIDE WITH CHROME BARREL" and "Let's test the waters…put it out for ya boi." BANDA later asked if GARCIA sent out the pictures of the firearms. Based on the is conversation, I believe BANDA had four PMF style Glock 26's for sale and wanted GARCIA to find a buyer.

73.    On April 14, 2022, BANDA sent a photo to GARCIA of a subject (possibly BANDA) holding a PMF Glock 26 style handgun with the text, "Finished another smooth slider" and "one more to go." GARCIA asked if BANDA had four tan and two black handguns. BANDA replied he had four tan handguns. BANDA sent another photo of the tan PMF Glock style handgun with the price of $800 each.

AFFIDAVIT

20

Based on this conversation, I believe BANDA had manufactured an additional PMF in addition to the several he sent the day prior (April 13, 2022) for the purposes of selling them and wanted $800 for each one.

74.    On April 14, 2022, BANDA sent GARCIA a photo of short barrel AR-15 style rifle with a foregrip, red dot sight, extended magazine and telescoping stock. BANDA specified the sight was not included but a 30-round magazine was. BANDA sent a video with the text "AR in action" and of an unknown subject, at a canal bank shooting a rifle with a matching description in full automatic fashion. Based on this conversation, BANDA was in possession of a fully automatic short barrel rifle he wanted GARCIA to sell and sent over a video of the rifle being test fired to add credibility to the sale.

75.    On April 21, 2022, GARCIA texted BANDA that "they" wanted a video of it shooting and of the G26. BANDA resent the video of the unknown subject shooting the fully automatic rifle he originally sent on (April 14, 2022) and a video of a heavy-set male wearing a half mask with a skull leaving the top half of his face exposed. The male had a similar build to BANDA and was wearing a black "World Oil" sweatshirt. Based on the males, build, workplace shirt, and facial features I believed it to be BANDA. In the video, BANDA is in a rural environment holding a small handgun and fired it several times into the dirt. Based on this conversation, I believe BANDA sent the videos as a form of creditability showcasing the firearms were functional.

76.    On April 21, 2022, BANDA texted GARCIA, "I dnt want u lend out the 40… Not gonna be able to get another so easy… law changing gonna make it hard", "Who wants to use it…sleezy." GARCIA replied, "Nah the lil homie i just put on going to a party tmr night out in the cuts." Based on the conversation, I believe GARCIA requested to borrow a .40 caliber firearm to lend to a gang member he just initiated into the Bulldog gang. The new gang member was going to attend a party in the country and needed protection. Based on my training and experience, I know gang members often transfer and furnish firearms to other gang members for both offensive and defensive weapons.

77.    On April 23, 2022, BANDA sent GARCIA a photo PMF Glock style handgun he wanted $850 for and an additional photo of three handguns.

AFFIDAVIT

21

78.     On April 25, 2022, BANDA sent GARCIA a photo of red PMF handgun next to a Bulldog logo. BANDA sent the price of $900 of the gun with additional photos stating he dura coated (painted) the firearm and he wanted GARCIA to check for buyers.

79.     On April 25, 2022, BANDA sent GARCIA a screen shot of a text message conversation with a contacted named, "Alex World Oil" under phone number (559)643-7048. The subject asked if likely BANDA was selling the "Mirco" and BANDA replied," Chale." Based on my training and experience, I know "Micro" is slang for a pistol chassis. Based on the conversation, I believe based on my training and experience, Alex is referring to a Micro Roni pistol chassis and asked if BANDA was selling it. BANDA replied in Spanish by saying Chale. Based on my training and experience, Chale is Spanish for discontent or disapproval, meaning the pistol chassis was not for sale.

80.     On April 27, 2022, BANDA sent GARCIA a photo of a black PMF Glock style handgun and wanted $900 for it. BANDA requested GARCIA to send that to his buddy and tell him it came with a 12-round magazine and custom upper slide.

81.     On May 3, 2022, BANDA sent GARCIA a photo of a PMF Glock style handgun and he wanted $800 and that the firearm came with the original magazine.

82.     On May 4, 2022, GARCIA asked BANDA how many 26s he had built. BANDA replied, two. GARCIA then told BANDA three "tans" sold today and BANDA replied, they only had two and one red one. GARCIA told BANDA someone from work wanted two and someone from Selma wanted one. BANDA sent a photo of a black PMF Glock style handgun followed by, "U kno rn ur the major gun plug right", "We'll pick up some more next week." Based on the conversation, GARCIA inquired about how much firearm inventory BANDA had since GARCIA had several buyers lined up. BANDA informed GARCIA he was the major gun supplier at the moment and they will be picking up more guns the following week.

83.     On May 5, 2022, BANDA sent GARCIA YouTube video of "3D Printed Swift Link – Live Test Fire" and asked GARCIA if he wanted one.[20] GARCIA replied that he did and inquired how

---

[20] I was able to locate the video of a subject opening an AR-15 rifle and exposing the trigger assembly. The subject dropped in a link behind the trigger assembly before firing the rifle in what

AFFIDAVIT

much they were. BANDA replied $150. Later in the conversation, GARCIA asked if someone is throwing in a switch with the burst. BANDA replied he received the link referring to the video he sent him the day before. Based on the conversation, I believe BANDA had acquired auto sears for the AR-15 platform for both himself and GARCIA.

84.     On May 10, 2022, BANDA told GARCIA his AR 9 had arrived in the mail followed by a photo of an open box with bubble wrap and smaller baggies. Based on the conversation, I believe BANDA had received an AR style rifle via mail chambered in 9mm.

85.     On May 14, 2022, BANDA sent GARCIA several photos of AR-15 style rifles which appeared to be short barreled, AR pistol caliber rifles, and a PMF Glock handgun. BANDA said he had three AR-15s, two AR-9s, two PMF Glock handguns, and one PMF Glock 19. Based on this conversation, I believe BANDA had either manufactured several PMFs or acquired them for the purposes of selling.

86.     On May 16, 2022, BANDA sent GARCIA a YouTube video titled "How to Assemble An AR15 Lower", "Detailed View: How To Assemble An AR15 Lower", "AR Build pt1-Ar15 Lower Parts Kit Identification." GARCIA replied, "I did it !!" GARCIA sent a photo of what appeared to be a selector switch for a rifle. GARCIA then sent a video of an AR style pistol with the graphics "God Bless America" with the selector switch installed. BANDA requested GARCIA do his red one and he agreed. GARCIA sent a photo with the AR pistol with the graphics an additional AR. Based on the conversation, I believe BANDA provided technical resources for GARCIA to learn how assemble an AR-15 lower. GARCIA provided a photo of a part and additional photo of the part installed indicating he was successful in the installation. BANDA then requested GARCIA install the same part on his red AR rifle.

87.     On May 17, 2022, GARCIA sent BANDA several photos of a black AR-15 lower as it went through the build process. In the photo holes that appeared to be drilled were present where the selector switch assembly would go. GARCIA sent an additional photo of a the AR-15 lower on top of a

_____

appeared to be fully automatic fashion (https://www.youtube.com/shorts/GWSRz-qWQ7I)

AFFIDAVIT

tool box where several drill bits and tools were visible. GARCIA texted BANDA, "No the pins r hard for this one." About 50 minutes later GARCIA sent a photo of a completed black AR-15 style rifle with a magazine and short barrel and text, "This one was the hardest one", "Problem after problem." Based on the conversation, I believe GARCIA updated BANDA on the build progress of the rifle he was working on and mentioned the build process was difficult once he was complete.

88.     On May 19, 2022, BANDA sent GARCIA a text of, "How much we sell him that banger for 700 r 750." GARCIA replied, 750. Based on the conversation, I know from my training and experience, "banger" is slang for firearm, and I commonly used between gang members when referring to guns. I believe, BANDA was confirming a price on a firearm sale they had pending.

89.     On May 20, 2022, BANDA sent a photo of three PMF style Glock in boxes with the with text, "800 each r 2 1550." BANDA also texted, he wanted Mario to meet up with him since he didn't want to lose out on $800. BANDA believed Mario would spend the money because it was Friday night and said, "Broke ass north siders." BANDA said he was going out to the country to shoot the AR GARCIA had put together. Based on the conversation, I believe BANDA had three PMF handguns for sale and wanted GARCIA to find a buyer. BANDA wanted GARCIA to reach out to Mario (potential buyer) since he believed Mario would spend the money, he had for a firearm on something else since it was Friday night. BANDA commented, "Broke ass north sider." Based on my training and experience, I believe BANDA is referring to the Northside Selma Bulldog who are allies with VSR Selma Bulldogs.

90.     On May 21, 2022, BANDA texted GARCIA, "Just picked up a silencer for my AR." BANDA then sent a screen shot of a conversation with a subject, "Jose AR Tactical" with phone number 18188550405. In the conversation a picture of a PMF handgun was sent and a conversation if Jose would be in Fresno the next month. Based on the conversation, I know based on my training and experience, "silencer" is slang for a suppressor.[21] I believe BANDA had acquired a suppressor and advised GARCIA.

---

[21] I know based on my training and experience, suppressors are used to lower the acoustic intensity of the muzzle report when a firearm is discharged.

91.     On May 24, 2022, BANDA requested GARCIA sent him a picture of his identification. GARCIA replied with photo of his California Driver's License (the photo had a CA Driver's License with "Arthur Garcia, Jr.," and GARCIA's date of birth). Based on the photo sent by GARCIA, I was able to positively identify GARCIA as the subject in the photo based on my prior contact with him on March 15, 2023, at Fresno Police Headquarters.

92.     On June 2, 2022, GARCIA texted BANDA, "The black ar for 1000", "Guy wants to pick it up." BANDA replied, "RN", "or $1250 as is" followed by a photo of a black short barrel AR-15 style rifle with a angled foregrip, extended magazine, sight and telescoping stock. BANDA said he would include 15 rounds but after looking did not want to let it go. BANDA asked GARCIA if he wanted him to go with him. GARCIA said he was already with the subject. BANDA requested to know when the deal was completed so he knew GARCIA as "good." GARCIA replied shortly after, "Done." Based on the conversation, I know based on my training and experience, "RN" is slang for right now. I believe GARCIA had a buyer who wanted to purchase the AR-15 BANDA and GARCIA were selling for $1000. BANDA replied the price was $1250 and was unsure if he wanted to sell the rifle after looking at it but then asked if GARCIA wanted BANDA to be present during the sale. After the sale, GARCIA advised BANDA it was complete by texting him, "Done" indicating he was safe.

93.      On June 3, 2022, BANDA sent Jose AR Tactical's phone number of 818-855-0405 to GARCIA and instructed him to give him a call since he would be in Sacramento. BANDA asked GARCIA if they were both going to "Sac" and that he would roll "solo" but using GARCIA's vehicle. Based on the conversation, I believe BANDA wanted to coordinate for GARCIA to meet with Jose likely for firearm related business. BANDA indicated he would be traveling to Sacramento by himself using GARCIA's car.

94.     On June 7, 2022, GARCIA sent BANDA a photo of a press release put out by the Selma Police Department. In the release was Rafael Andrade Torres, who was arrested for possession of a firearm, specifically a PMF.[22] BANDA commented, "Fuuuuck", "Keep all your guns put away…dnt tell

---

[22] Rafael Andrade Torres was booked into the Fresno County Jail on June 6, 2022, by the Selma Police Department for several weapon violations. Fresno County Jail Classification listed Torres as a

AFFIDAVIT

her we're any of your fire arms r pup…ok for her own protection." BANDA replied, "I wanna beat that drop puts ass...rs", "*outs." Based on the conversation, I know based on my training and experience, gang members will often sell, transfer, trade, give, or lend firearms to fellow gang members for both monetary or gang purposes. In this case involving Torres he was listed as a Selma Bulldog by FCJ. I believe BANDA is upset Torres for being a Selma Bulldog drop out and being arrested with a PMF creating law enforcement to target Bulldog gang members. I further believe BANDA and GARCIA could have sold, transferred, or traded the firearm to Torres which cause GARCIA to send the press release to BANDA as a form of awareness. Gang members often communicate with each other if a fellow gang member is arrested if there is potential for law enforcement to conduct search warrants or other investigative techniques on the gang resulting in BANDA instructing GARCIA to hide his guns.

95.     On June 9, 2022, BANDA texted GARCIA, "Cops r out hot looking for G guns in aelma since ozzy got picked up"[23], "And all this gun shit going on" and sent two photos of police officers conducting a traffic stop. Based on my training and experience, "G guns" is slang for a privately manufactured firearms or ghost gun. BANDA sent a photo of a Selma Police press release of the arrest of Shawn Cortez for possession of a stolen firearm.[24] BANDA sent the text, " Selma HOT RN", "They gonna be doing lots of vehicle stops fo sho." Based on the conversation, I believe BANDA is still worried the arrest of Rafael Andrade Torres, who's moniker is "Ozzie" and Shawn Cortez arrest by Selma Police which has brought law enforcements attention to the Selma Bulldogs. I believe BANDA is alerting GARCIA of law enforcements increased presence in order to evade detection or contact.

96.     On June 13, 2022, BANDA texted GARCIA to get up, wash his hair, and not to look like he just rolled out of bed. GARCIA asked what time he should go in and BANDA replied, 7 and that he come now so he could meet a couple of the guys and walk the yard. BANDA also said, "Leave heater in

---

Selma Bulldog and a moniker of "Ozzie."

[24] Shawn Cortez, was booked into the Fresno County Jail on June 9, 2022, by the Selma Police Department for several weapons violations. Fresno County Jail Classifications listed Cortez' as a VSR Selma Bulldog with the moniker of "Swoosh."

AFFIDAVIT

car." I know based on my training and experience, "heater" is slang for firearm. Based on the conversation and this investigation, I believe BANDA had assisted GARCIA obtain a job at World Oil Environmental Services and GARCIA had arrived to work with a firearm. BANDA instructed him to leave the firearm in the car.

97.     On June 15, 2022, BANDA sent GARCIA a photo of an AR-15 style rifle on a couch. GARCIA said, "We should take a pic of all our personal fire arms." BANDA replied, "When they're all done we will" and said "I got 4 Ars", "3 AR 9s." Based on the conversation, I believe BANDA and GARCIA were discussing their personal inventory of firearms.

98.     On June 18, 2022, GARCIA texted BANDA, "See if they have a extra spring too." BANDA sent a photo of a shelf what appeared to be inside of a store of several different firearm parts including butt stocks, grips, and rails. BANDA sent an additional photo of a titanium drill bit set with various bit sizes. Based on the conversation, I believed GARCIA is checking for firearm parts he needed and BANDA had advised him of the manufacturing tools (drill bits) he had as they continued in their firearm manufacturing business.

99.     On June 19, 2022, BANDA sent GARCIA a photo of a PMF style handgun and texted, "U gonna put one of the lowers together tomorrow", "One every day to get everything assembled." GARCIA replied, "Yeah." Based on the conversation, I believe BANDA advised GARCIA of a new firearm he had built or acquired and asked GARCIA if he will be building an AR lower which GARCIA confirmed he was.

100.     On June 21, 2022, BANDA sent GARCIA a photo of two Milwaukee Red Helix drill bits[25] with one size visible of 3/32" and the text, "Gottem hard metal bits." Based on the conversation, I believe BANDA had advised GARCIA of additional manufacturing tools he had acquired. I also know from my training and experience, firearm manufacturers use specialized drill bits and equipment when drilling or milling firearms like the drill bits BANDA sent.

---

[25] Based on Milwaukeetool.com the Red Helix drill bits are designed for extreme durability and hard metal applications

AFFIDAVIT

101.    On July 5, 2022, BANDA sent GARCIA a photo of three AR-15 style rifles / pistols laying on the floor on top of a rifle bag. Based on the photo, I believe BANDA is showing his inventory of rifles to GARCIA.

102.    On July 7, 2022, GARCIA texted BANDA, "Oh yeah he wants it" and BANDA replied, "I want him to want it." GARCIA said, "He said all black", "He wants black n brown actually." BANDA replied, "Wtf… Nigga u cut into my gun" and GARCIA said, "It works", "You have it rn", "So I can take it rn." BANDA replied, "On the fridge." BANDA sent two photos of a PMF style handgun. The first photo is a close up of the rear portion of the firearm where the frame appeared to be roughly drilled. The second picture is a side view of a PMF style handgun with a ported slide and machined barrel. In the background a brick fireplace is visible with the decorative sign that read, "Raiders Country." Based on the conversation, I believe GARCIA had identified a buyer for a PMF handgun which BANDA sent photos of. During the conversation, BANDA was upset GARCIA drilled into the frame of the firearm but GARCIA indicated the firearm still worked. BANDA advised him the gun was on the fridge after GARCIA mentioned he could take the gun. Based on the photo BANDA sent it appeared the photo was taken in BANDA's living room area of the Burnham residence.

103.    On July 8, 2022, BANDA texted GARCIA, "Built another all blk…blk frame blk slide blk barrel…blk on blk on blk" and sent three photos of all black PMF style handgun with a ported slide in a box with the a sticker "Polymer80." Based on the conversation, I believe BANDA advised GARCIA of a new gun he had built.

104.    On July 9, 2022, BANDA sent GARCIA a screenshot of a Baofeng UV-5R HAM radio. I know based on my training and experience, HAM radios are often used as police scanners. People engaged in criminal activity often use police scanners prior, during, and after the commission of a crime. Additionally, criminals use scanners to gather intelligence on police patrolling patterns, staffing levels, geographic location of calls for service or location of units, and if an operation is occurring. I have personally contacted several subjects engaged in criminal activity in the possession of scanners or have used a scanner application on their cellphone. GARCIA replied, "I need dat", "How much", "It's red." Based on the conversation, BANDA provided a HAM radio that GARCIA wanted. I believed BANDA

Affidavit                                                                 28

did this so both them could use the scanner to avoid detection of law enforcement and continue their criminal enterprise of weapons manufacturing and sales.

105.    On July 12, 2022, BANDA sent GARCIA a YouTube video titled "Supreme Courts Ruling Overturns "Assault Weapons" Ban!"[26] GARCIA replied by sending a screenshot of an article of ABC 30 Action News titled, "Amazon handed Ring footage to police without user consent 11 times this year." BANDA replied, "Fuuuck… gotta move smart." Based on my training and experience, "gotta move smart" is slang for conducting illegal activity without being detected by law enforcement. Based on the conversation, I believe BANDA provided YouTube content to GARCIA about firearm laws and recent news within the industry. I further believe GARCIA provided BANDA with the Ring article as a form of precaution as BANDA replied he needed to navigate their enterprise without detection.

106.    On July 22, 2022, GARCIA texted BANDA, "You home ?" and BANDA replied he was not and if he was good. GARCIA said, "I need the .300 black out that's why for the homie." BANDA replied, "Hella scraps posted up at apartments by Cemetery." I know based on my training and experience, "scraps" is a derogatory word for Sureno gang members.[27] BANDA further described them to behind the Jehova Apartments and to be driving a van. BANDA said they were about five of them in all blue and wearing socks. BANDA also believed one of them to be named "Boxer." GARCIA said, "He the one that smoke the homie from the Varrio Baby Dreamer." Based on my training and experience, "smoked" is slang for murder. BANDA replied, "Imma need the 300 blk back too They aint doin shit with it." Based on the conversation, GARCIA wanted to acquire a .300 blackout firearm from BANDA so he could supply it to another person in the gang. BANDA advised GARCIA of the location, description, and possible identity of a rival gang member so they could likely shoot them with the firearm. I know based on my training and experience, gang members will often shoot each other when gathered in groups. GARCIA expressed prior knowledge of Boxer as the one responsible for for killing "Baby Dreamer."

---

[26] https://www.youtube.com/watch?v=SWuEwjQVpLc

[27] Based on my training and experience, I know that surenos are a rival gang of the Bulldogs.

107. On July 24, 2022, GARCIA sent BANDA a text, "High pint 9 Glock", "700" and a photo of a PMF handgun with weapon light and extended magazine. BANDA asked, "Was it used in today's bs Is it dirty?", "Why so cheap." GARCIA replied, "My sister got it from sun nigga so she trying to get rid of it for money." BANDA replied, "Sell it to shorty", "He looking to buy guns rn." Based on the conversation, GARCIA's sister had acquired a firearm he was helping her sell. BANDA suggested he contact "Shorty" who was looking to buy firearms.

108. On July 30, 2022, BANDA sent GARCIA, "Yooo I want to finish putting my lowers together tomorrow" and GARCIA replied, "Yep I'm down he finished them ?" Based on this conversation and the investigation, I believe BANDA had received the lower receivers from a subject they would outsource to mill and drill them out as part of their manufacturing process. BANDA advised GARCIA he wanted to put them together and GARCIA replied he was willing to.

109. On August 1, 2022, BANDA texted GARCIA, "Yoo u gonna finish my guns r what." GARCIA replied, "Yeah." Based on the conversation, I believe BANDA had GARCIA build guns and was checking on the status.

110. On August 4, 2022, GARCIA sent BANDA a message, "It was a dark grey suv full of skraps" meaning rival Sureno gang members. BANDA replied, "Fuuu those putos" which I know based on my training and experience, is Spanish for fuck those guys. GARCIA replied, "Flacko shot up lil boxers pad so if skraps were hot about it", "N went out." Based on the conversation, I believe GARCIA was aware of a car load of rival Sureno gang members and provided the description to BANDA. GARCIA then mentioned Flacko committed a shooting at lil boxers (likely a Sureno gang member). Detective Garcia has identified UI1 to have the moniker Flacko during the early portion of this investigation.

111. On August 5, 2022, BANDA sent GARCIA a link for a license plate holder shutter swap from www.newegg.com.[28] I know from my training and experience, subjects involved in criminal activity who utilize their vehicles in the commission of a crime will often employ several

---

[28] https://www.newegg.com/p/0FB-0847-00015

AFFIDAVIT

countermeasures to prevent detection including concealing their license plates. I believe BANDA and GARCIA.

112.     On August 5, 2022, BANDA sent GARCIA three photos of a PMF handgun with the text, "That Starwars storm trooper G 26 9mm." BANDA then sent several additional photos of a white PMF handgun with a black slide sitting on top of a P80 box and texted, "1k…runs."  Based on the conversation, I believe BANDA advised GARCIA of a new gun he built and referenced it was in similar to a Stormtrooper who were characters in the Star Wars trilogy released in the late 1970's and were famous for the for their white and black uniforms. BANDA sent additional photos and the text of "1k" which I know based on my training and experience, is slang for $1000 and that the gun "runs" which is slang for the firearm in functional.

113.     On August 7, 2022, GARCIA sent BANDA a YouTube link. BANDA replied, "Nooope not looking at nun of your links…my ARs aren't being built." BANDA sent two photos of a black AR style pistol with an extended magazine. Based on the conversation, I believe BANDA told GARCIA he did not want to watch any of his YouTube video since his GARCIA had not built his AR firearms. BANDA then sent photos of a AR style pistol to advise a firearm he possessed.

114.     On August 9, 2022, GARCIA texted BANDA, "A drone", "We need a drone." BANDA replied, "We can we get one pup." GARCIA sent a screenshot of a BestBuy advertisement for a Vantop – Snaptain S5C PRO FHD Drone. GARCIA stated, "Got one", "Can go 328 feet." Based on the conversation, I believe GARCIA wanted to acquire an unmanned ariel aircraft (UAV) for both of them. I know based on my training and experience, subjects engaged in criminal activity to use UAVs as a countermeasure for law enforcement investigative techniques or counter surveillance. I believe GARCIA's and BANDA's level of criminal sophistication has increased over the past months while engaged in the manufacture and sales of illegal firearms.

115.     On August 10, 2022, BANDA texted GARCIA, "Cops r gonna check the spot", "On Nebraska", "Chino drive a caddy." GARCIA replied, "Challenger." BANDA texted, "Text jake let him know too Courtesy." Based on the conversation, I believe BANDA has a method or source to provide him information on law enforcement activity. BANDA texted GARCIA to alert him a location on

AFFIDAVIT

31

Nebraska was going to be checked by police and wanted GARCIA to let a subject named Jake know as a courtesy. Based on my training and experience, gang members often alert each other or preplanned law enforcement operations to avoid being arrested or caught with contraband.

116.    On August 15, 2022, BANDA texted GARCIA, "I want to go in to [uncharged individual or "UI4"] office and tell him thank u fir helping us search,and making flyers...and for being flexible with u out there searching and missing a couple of days of work", "He didn't have to do that for us.. THAT'S A GOOD MAN GOOD BOSS." Based on the conversation, I believe UI4 is BANDA's and GARCIA's boss at World Oil Environmental Services in Parlier, CA.

117.    On August 17, 2022, BANDA texted GARCIA, "Pup where the Two 6", "Ur costing me money dammint." Based on my training and experience I know "26" is slang for Glock 26 or a PMF style Glock 26. GARCIA replied, "Oh Frankie gots it." BANDA replied, "Naa we need that back." GARCIA said, "Nah I want it." BANDA replied,  "Naa it's sold"," UI4 wants it." Based on the conversation, I believe BANDA asked where the Glock 26 or PMF style Glock 26 was at. GARCIA replied Frankie had it. BANDA wanted the gun back so he could sell it to UI4 who is likely BANDA's boss at World Oil Environmental Services based on the conversation above.

118.    On August 17, 2022, GARCIA sent two photos, one of the photos was of a Tech 9 style submachine gun and the other was of two Glock 30's (one being a 4th generation) in a gun box. BANDA texted, "Price." GARCIA sent a photo of FNS-9 handgun with the text, "Took the 19 on the fridge bkuz I let Joey use 17 bkuz we was cruising around for jolissa n he beefing it with chino." I know based on my training and experience, "beefing" is slang for conflict or feud. GARCIA texted, "I put the switch n drum on it too.." meaning auto sear and I know based on my training and experience, "drum" is slang for drum style magazine, "N beam .." Based on training and experience, "beam" is slang for laser. Based on the conversation, GARCIA was showed BANDA several firearms he had. GARCIA then advised BANDA he let Joey use the Glock 17 or PMF Glock 17 since he had a conflict with Chino. I know based on my training and experience, gang members often lend and provide firearms to other gang members for offensive and defensive reasons.

119.    On August 24, 2022, GARCIA sent BANDA two photos of a black handgun with the text, "850", "9mm", "Stock 17." Based on the conversation, I believe GARCIA advised BANDA he had a 9mm handgun for sale for $850.

120.    On August 27, 2022, GARCIA sent two photos of a black Ruger 57 handgun with the magazine loaded with live ammunition and a graphic of 1500$ in the photo. The second photo was a Smith and Wesson SD-40 with a light or laser, Glock 17 and four boxes of ammunition (Blazer, Sellier & Bellot, and Remington). Based on the conversation, I believe GARCIA advised BANDA of several firearms he had for sale.

121.    On August 29, 2022, GARCIA sent a photo of a PMF style handgun equipped with an auto sear and text, "The Switch." Based on the conversation, I believe GARCIA advised BANDA he had a machine gun.

122.    On August 29, 2022, BANDA texted GARCIA, "The guy we used to buy kits form ar the gun show" and a screen shot of conversation with Jose AR Tactical. In the conversation, the sender asked Jose if they could get frames. Based on my training and experience, I believe the sender is referring to AR frames based on what BANDA sent GARCIA in the previous message.

123.    On September 1, 2022, BANDA sent GARCIA, "What's the word pup." GARCIA replied, "I heard of this foo befo", "We all have." BANDA sent, "I got word he is from calwa,active..but I want a house." I know based on my training and experience, Calwa is a subset of the Bulldog gang. GARCIA replied, "But we only know of big cucuy n baby cucuy." BANDA replied, "Look up an account or profile", "U gotta go pull out your bill money", "Let's go", "I'm putting 5000 G", "But dnt comment it could back to us", "Hell get his too", "Fuck that punk." GARCIA sent a Facebook screenshot of a profile under the name Ericc Salcido with the text, "Big Cucuy." In the photo was a Hispanic male with multiple tattoos including the letter "C" on the his face and a hat with the letter "C." Based on my training and experience, the letter C is commonly used by the Calwa Bulldog gang. BANDA replied, "Now we just need little." Likely referring to little cucuy. GARCIA sent several photos of screenshots of Facebook profile under the name Edward Mendoza. BANDA texted, "Just left calwa", "Dnt drive fast...so u dnt have to break so hard...and dnt catch fire." Based on the conversation, I

A<small>FFIDAVIT</small>                                                             33

believe BANDA is highly motivated to identify big cucuy and lil cucuy for an unknown reason and find out where they live. GARCIA is assisting by asking fellow gang members to assist with gathering information on the subjects. I know based on my training and experience, gang members often cultivate intelligence about their rivals or enemies prior to committing an act of violence. I believe BANDA is obtaining information by having GARCIA canvass the local gang network for this purpose.

124.    On September 4, 2022, BANDA sent GARCIA a photo of six AR style rifles and two handguns on the floor. Based on the conversation, I believe BANDA advised of the firearms he possessed to GARCIA.

125.    On September 5, 2022, BANDA texted GARCIA, "Dies he sell them", "Does." GARCIA replied, "Texted him rn." Meaning GARCIA texted the unknown subject asking if he sold something. GARCIA then sent a screenshot of a Telegram conversation with an account named "Swift links" the profile picture of the account was of a hand holding what appeared to be an auto sear.[29] I know from my training and experience, "Swift Link" is a conversion device that turns a firearm into a machinegun. On the right hand side of the conversation, which is generally the "sender", read, "Interested in a swift link." The Swift links account replied, "glock 120 for one, ar 70 for one buy more with discount, logistics delivery, 10 days to arrive, payment method accepts PayPal or Bitcoin." BANDA replied, "I'm scared thoo", "Where's he out of." GARCIA replied, "Idk it don't say", "All the videos ar his hands tho." Based on the conversation, I believe BANDA requested GARCIA to inquire about a subject on Telegram that sells firearm conversion devices aka swift link. GARCIA provided a screenshot of a conversation with the seller who listed a conversion devices for a Glock a $120, AR rifle $70, and provided payment and shipment info. I further believe GARCIA and BANDA are aware of Telegram due to its features to avoid detection by law enforcement and utilize it to further their criminal enterprise.

---

[29] Telegram is a globally accessible freemium, cross-platform, encrypted, cloud-based, and centralized instant messaging service. Based on my training and experience involving illegal weapon manufactures and drug trafficking organizations, I know these organizations often used Telegram due to their advanced encryption technology and Telegram's reputation for not cooperating with law enforcement requests (https://telegram.org/).

Affidavit

34

126.    On September 20, 2022, GARCIA texted BANDA, "I might sell my g17 today", "To get that 10mm." BANDA replied, "Okaaay." GARCIA texted, "So ima sell the 17 for $800" and BANDA replied, "No." Based on the conversation, GARCIA was considering selling a Glock 17 for $800 to buy a 10mm handgun.

127.    On September 27, 2022, BANDA sent two photos of a blackAR-15 style rifle and texted, "Need u to finish the trigger in the other lower." GARCIA replied, "Needs a sight now", "N ik I need to fix my black out too." I know based on my training and experience, "black out" is slang for .300 AAC Blackout. Based on the conversation, I believe BANDA advised of the build progress of his AR-15 rifle and requested GARCIA finish building the lower in another firearm.

128.    On October 7, 2022, GARCIA asked BANDA for his Cash app. BANDA replied with a screenshot of his Cash App username, "$VampS559" under the name Juan. Based on the conversation, I believe BANDA sent his Cash App info to GARCIA.

129.    On October 9, 2022, GARCIA sent BANDA a video of three handguns on a table. In the video a subject removes the magazine from FN 5.7mm exposing the live ammunition. The next video is a subject without a shirt with two the firearms tucked in their waistband. GARCIA wanted to know which one he should "rock." Meaning which firearm he should carry. He sent a follow-up photo of all three firearms in the subject's waistband. Based on the conversation, I believe GARCIA asked BANDA for his opinion on which firearm to carry.

130.    On October 12, 2022, GARCIA texted BANDA. "S&w going for 900", ".40" I know based on my training and experience, "S&W" is short for Smith and Wesson. GARCIA sent two photos of firearms. One was of a Smith and Wesson which appeared to be a stock photo likely sourced online and a screenshot of a FN FNS 40 from Palmetto State Armory. Based on the conversation, I believe GARCIA advised BANDA of a firearm for sale.

131.    On October 15, 2022, GARCIA texted BANDA, "Do you know a varrio nigga named demon." BANDA replied, "Yeah older", "He's in LA", "We gotta smash him r what." GARCIA replied, "Bkuz two homies can't get that name", "Unless we fade." I know based on my training and experience, "fade" is slang for fight. BANDA replied, he had to check if he was a drop out and then confirmed he

was not a drop out. Based on the conversation, I believe GARCIA sought BANDA's approval to obtain the moniker Demon even though a prior gang member already had the same name. I know gang members will not choose the same moniker as members in a gang as it is seen as a sign of disrespect.

132.    On October 20, 2022, GARCIA sent BANDA a photo of a firearm with the text, "1000", "With 3 clips." I know based on my training and experience, "clip" is slang for magazine. Based on the conversation, I believe GARCIA advised BANDA of a firearm for sale.

133.    On October 27, 2022, GARCIA sent two photos of a black AR-15 style rifle with a curved extended magazine. He then sent an additional photo of the black AR-15 style rifle with an additional AR-15 style with a red dot optic, forward handgrip, and tactical light. Based on the photos, I believe GARCIA advised BANDA of the rifles he possessed.

134.    On October 28, 2022, GARCIA sent BANDA a photo of two handgun in a gun case. GARCIA said he was trying to trade for both or if not one and sell his "17" meaning is Glock 17 for "9" meaning $900. BANDA replied, "Pup u ready we gotta go get that lower", "Let's go real quick." Based on the conversation, I believe GARCIA advised BANDA of a firearm transaction he was engaged in and how he wanted to trade the two handguns featured in the photo he sent and sell his Glock 17 for $900. BANDA replied, he wanted to go pick up a "lower" likely for an AR-15 and wanted to go relatively soon.

135.    On October 29, 2022, GARCIA sent BANDA a photo of an AK-47 style rifle with two extended magazines with the text, "For sale." The AK-47 style rifle was equipped with a wood stock and handgrip laying a black rifle case. BANDA inquired about the price of the rifle and GARCIA replied, "To much ..", "15" meaning $1500. BANDA replied, "Yeah", "I'm good we have one.. and I like the modern AK look." Based on the conversation above, I believe GARCIA either possessed an AK-47 style rifle or was brokering a deal for someone who was selling one. BANDA was not interested in purchasing the rifle because he already possessed one and like modern looking AK rifles.

136.    On October 30 ,2022, GARCIA texted BANDA, "Dad", "How many 38 bullets we got." I know based on my training and experience, "38" is slang for .38 special. BANDA was replied, they had six rounds. GARCIA replied, "Ima get them in a bit", "Can you clean them off." BANDA replied,

AFFIDAVIT

36

"There on my dresser I'm not home… WIPE THEM OFF I touched all of'em." GARCIA replied, "Okay dad." Based on the conversation, I believe GARCIA needed .38 special ammunition and was likely going to use them in the commission of a crime. I know based on my training and experience as prior gang detective, gang members often exchange, lend or sale firearms to other gang members prior to the commission of a crime. I believe BANDA provided GARCIA with .38 special ammunition and instructed him to wipe them off due to touching them because he knew the ammunition would likely be used in criminal activity. I believe BANDA and GARCIA have a higher level of sophistication based on this investigation and are aware of law enforcement's investigative techniques. Removing fingerprints and/or DNA from a casing would prevent law enforcement from obtaining critical evidence needed for an investigation.[30]

137.    On October 30 ,2022, BANDA texted GARCIA, he wanted to build a firearm with a "7.5 barrel" meaning 7.5 barrel and sent several screenshots of AR-15 style upper receiver from www.bearcreekarsenal.com[31], www.davidsondefense.com[32], www.omegamanufacturinginc.com[33]. BANDA indicated the upper receiver from Omega Manufacturing "the(One)." The screenshot from Omega's website featured a "Davidson Defense 'Chunk' 7.5" AR-15 7.62x39 Nitride Pistol Complete Upper Build" with a listed price of $284.99. Based on the conversation, I believe BANDA is sourcing parts to build an AR style pistol or short barreled rifle.

138.    On November 2, 2022, GARCIA sent BANDA a video of a black AR-15 style rifle with a dual drum magazine with the text, "For sale." BANDA inquired about the price and caliber of the firearm. GARCIA replied, "13 n yeah" meaning $1300. Based on the conversation, I believe GARCIA either possessed an AR-15 style rifle with a dual drum magazine or was brokering a deal for someone who was selling one.

---

[30] Finger printing / DNA evidence collection is a standard part of evidence processing.

[31] Bear Creek Arsenal is a Sanford, North Carolina firearm parts manufacturer.

[32] Davidson Defense is a Salt Lake City, Utah licensed retailer and manufacturer of specialty parts and accessories for the modern sporting rife.

[33] Omega Tactical Distribution is a Orem, Utah distributor of AR-15, LR-308, tactical accessories, and other firearm parts.

AFFIDAVIT

139.     On November 27, 2022, BANDA sent GARCIA a screenshot of "rafft_m" Instagram story of an photo of someone holding an AK-47 style rifle in front of a confederate flag in the background. BANDA said, "Dnt say shit to these foos bout going to Arizona…keep it quite…", "Have u said anything to jake?", and "There's a yard there..dnt know what city…we'll talk to dean see they can use over there." Based on the conversation and this investigation, I believe BANDA and GARCIA are likely engaged in criminal activity in the state of Arizona and do not want other "fools" meaning people to know about it.

140.     On December 2, 2022, BANDA sent a photo of a short barreled AR-15 rifle, a video of unknown Hispanic male holding a AR-15 style rifle asking a question to the person behind the camera. I believe the person behind the camera to be BANDA due to recognizing his voice based on my contact with him and reviewing several voice messages located in his conversations with GARCIA. In the remainder of the video the unknown male fires the AR-15 style rifle several times. The last video is of another unknow male firing a rifle int the air. The rifle in the two video appears to be the same rifle BANDA sent in the original photo. Based on the conversation, I believe BANDA is allowed potential customers interested in the rifle to test fire the firearm. I know based on my training and experience, I know PMF style firearms have a reputation for reliability issues and test fires, or additional information of the firearms operational status is often requested by potential customers. I believe BANDA may have been demonstrating the firearm was functional by allowing the customers to test fire the firearm.

141.     On December 4, 2022, BANDA requested GARCIA send him a picture of the AK. GARCIA sent a photo an AR-15 style rifle with a unpainted lower and black upper receiver. BANDA requested the "blk AK" meaning the black AK47. GARCIA sent a photo of an AR-15 style rifle all black laying on a couch. BANDA replied, "My brother said someone asking bout the red one..I told him bout that one too." Based on the conversation, I believe BANDA contacted GARCIA to obtain photos of rifles they had for sale. BANDA indicated his brother,  told him someone asked about the "red one" likely referring the red AR-15 style rifle they possessed.

142.     On December 6, 2022, GARCIA texted BANDA, "Ima need ya banger for when I go to the mall", "Yk how Fresno babe." I know based on my training and experience, "banger" is slang for

firearm. BANDA replied, "Cmon in the garage on the fridge." Based on the conversation, I believe due to GARCIA's gang status as an active Selma Bulldog he is aware the "mall" likely referring to Fashion Fair Mall[34] (645 East Shaw Avenue Fresno, CA) to be a dangerous place for gang members. BANDA replied with the location of his firearm on the fridge for GARCIA to take.

143.    On December 9, 2022, BANDA texted GARCIA, "I might a buyer for AK…gotta take it after work." GARCIA said ok and BANDA asked, "Do u still got a guy too." Based on the conversation, I believe BANDA identified a buyer for the AK-47 style rifle they had for sale and asked if GARCIA still had a buyer.

144.    On December 16, 2022, GARCIA texted BANDA, "1911 45" ,"650" meaning $650. BANDA replied, "No we good." Based on the conversation, I believe GARCIA advised BANDA of a 1911 handgun for sale for $650 that BANDA was not interested in.

145.    On December 24, 2022, GARCIA texted BANDA, "Tec 9 for a band". I know based on my training and experience, "band" is slang for $1000. GARCIA texted, "12 with the silencer." BANDA replied he would pass but would trade for his red AR-15 or AK-47. Based on the conversation, I believe GARCIA was in possession of a Tech 9 submachine gun with a suppressor or was brokering a deal for $900 or $1200. BANDA was not interested in purchasing the firearm but was willing to trade for one of his rifles.

146.    On January 25, 2023, GARCIA sent BANDA a screenshot of a subject nameand date of birth,[35] mug shot and a photo of several firearms, firearm parts, and ammunition on table with the text, "In Selma", "He was making guns." Based on the conversation, I believe GARCIA wanted to advise BANDA of the arrest as a form of caution.

---

[34] I know based on my training and experience, Fashion Fair Mall to be a social hub for various gang members from all gangs to respond. I am aware of several gang related shootings, including several over the past five years, that have occurred at Fashion Fair Mall related to gang members shooting at rivals. I have also been part of investigations where armed gang members have been arrested at the mall.

[35] This subject was booked into the Fresno County Jail by the Adult Compliance Team (ACT) for CPC 422 Criminal Threats and CPC 29825(b) Possession of a Firearm when Subject of a Restraining Order.

Affidavit

147.     On January 31, 2023, GARCIA texted BANDA, "On scanner", "Cop got shot" and BANDA replied, "Officer down on Mitchell", "IK stay off the street rn." GARCIA replied, "With a rifle." BANDA replied, "They gonna fuck with everyone pull mutual fucja over like crazy." GARCIA text, "Bulldog." BANDA stated, "They gonna do parole sweeps probation sweeps", "What…who?", "Call me", "Got hit with a AR 15", "Fuuuuck." GARCIA replied, "They got someone detained They taking him to a witness", "To see if it was him." BANDA replied, "Fuu", "Estevan", "Naaa Just saying cause he lives right there." GARCIA replied, "223", "Chrome n black", "Ar." BANDA replied again, "Fuuuu", "Did the witness ID suspect", "???." GARCIA replied, "Looks like a tweaker." I know based on my training and experience, "tweaker" is slang for substance user usually homeless. BANDA asked, if any name was called out and said, "That mutual fucka should have went out blastin", "Mutha" and BANDA sent a screenshot of a Facebook group talking about the incident. BANDA texted, "Nate has a dog on his face." GARCIA texted, "Nah", "It prob was mute dog", "He got a paw on his face." Based on the conversation, I believe GARCIA advised BANDA about the officer down and had intimate knowledge of the description of the firearm to include it's caliber. Based on the suspects description they had they both had possible suspects they knew based on their network of Bulldog gang members. BANDA's responses of "Fuuuuck" when he learned it was a Bulldog gang member and response of "Fuuuu" after GARCIA told him the description and caliber of the rifle lead me to believe BANDA is concerned about the type of rifle used in the crime.

148.     On February 2, 2023, GARCIA texted BANDA, "Free the homie", "Nate." Referring to Nathaniel Dixon who was arrested for the murder of Selma Police Officer Carrasco. BANDA replied, "He never gonna be free…save that spirit bud." GARCIA replied, "Depends he was 3 Otha homies", "2", "They ain't get caught", "So let's see if he ends up folding", "N snitching." I know based on my training and experience, "snitching" is slang for cooperating with law enforcement and often a lethal consequence in the gang / organized crime lifestyle. BANDA replied with a voice message stating if he was him (Nathaniel Dixon)  he would say he got scared because the cops treated an African American male he wouldn't know what to expect from police. GARCIA sent a screenshot of Nathaniel Dixon's charges posted on the Fresno County Sheriff's website. BANDA replied, "Dammit" and a photo of

Affidavit

Officer Carrasco. Based on the conversation, I believe GARCIA wanted to show support of Nathaniel Dixon by texting "Free the homie" and was hopeful he could be released because he was two other coconspirators and could provide information to law enforcement. BANDA provided his input about what he would say to law enforcement if he was in Nathaniel Dixon's situation as form of advice to GARCIA.

149.     On February 4, 2023, GARCIA texted BANDA. "There might be a bullet on the passenger seat", "Bkuz I had one up top when I chased him", "Then took it off." BANDA replied, "Fuuu." GARCIA said, "I wanted to pop him." I know based on my training and experience, "pop" is slang for shoot. Based on the conversation, I believe GARCIA advised BANDA of ammunition in a vehicle and indicated he wanted to "pop" meaning shoot someone.

      1.     *Summary and excerpts of communication between GARCIA and "Jose" (user of an identified 559 area code phone number)(hereinafter referred to as "Jose") between March 15, 2022 – February 15, 2023.*

150.     On April 2, 2022, GARCIA sent Jose a photo of a black PMF with an optic and weapon light. The rear portion of the slide was concealed with a marking likely done in a photo editing application. I believe the marking was concealing an auto sear installed on the gun. Jose asked if the firearm had a "switch" meaning auto sear. GARCIA replied, "No switch", "The switch will get you 15 years." Jose asked when he could try the gun out. GARCIA replied, anytime he wanted. Jose asked what kind of gun it was. GARCIA replied, "9mm striker", "A cop made it." Based on the conversation, I believe GARCIA set up to sell Jose a PMF handgun made by a law enforcement officer. I also believe GARCIA is aware of the criminal penalties for possession of an auto sear.

151.     On April 6, 2022, Jose told GARCIA he wouldn't have time to test the gun out himself and requested a video of the gun being fired. GARCIA sent a video of an identified female[36] in an agricultural field holding a matching firearm and firing it several times and texted, "That's my girl shooting it in semi." Jose replied, "That's coo", "Thnx." Based on the conversation, I believe Jose

---

[36] The female in the video was identified based on comparing DMV photos and several photos / videos located on GARCIA's cellphone.

wanted proof the firearm was functional prior to purchasing it and GARCIA tasked his girlfriend to shoot the gun while he recorded a video he later sent to Jose in order to facilitate the transaction.

152.    On April 8, 2022, GARCIA coordinated with Jose when he could come by and purchase the firearm. Jose advised he just got out of work and will be home all day. GARCIA advised he would be at his "pad" at 510. I know based on my training and experience, "pad" is slang for residence.

153.    On April 19, 2022, Jose texted GARCIA, "Can I sell it back to you now" and on April 21, 2022, GARCIA replied, "You wanna sell it." Jose sent several follow up text messages, but GARCIA did not respond. Based on the conversation, I believe GARCIA completed the firearm sale on April 8, 2022. Jose then wanted to sell the gun back to GARCIA who did not respond to his texts.

   2.    *Summary and excerpts of communication between GARCIA and the user of an identified 559 area code phone number (hereinafter referred to as "UI5") on April 14, 2022.*

154.    On April 14, 2022, UI5 texted GARCIA, "Ay art im looking for that g26 p80." GARCIA replied, "Yeah it's gonna be 8 you wanna pick it up or deliver?" Based on my training and experience, "8" is slang for $800. US1 sent a screenshot of a meet location which was the Mcdonald's located at 1718 West Olive Avenue in Fresno, CA. GARCIA replied it was 20 minutes away[37] and "We can meet there." GARCIA later replied, "On my way there rn." Based on my training and experience, "rn" is slang for right now. UI5 replied, "Fasho", "Omw." Based on my training and experience, "Omw" is slang for on my way. GARCIA replied, "Here", "White truck", "You can slide n come into the back seat." Based on the conversation, I believe UI5 inquired about a PMF Glock 26 style firearm he was wanted to purchase. GARCIA agreed to sell him the firearm for $800 and agreed to meet him at the Mcdonald's restaurant UI5 chose. A short time later, GARCIA indicated he was arrived in a white truck and instructed UI5 to get in to complete the sale.

155.    As described in detail above, between February 15, 2022, and February 15, 2023, BANDA and GARCIA engaged in extensive communications discussing firearms manufacturing and

---

[37] Google Maps from 1718 West Olive Avenue Fresno, CA to Selma, CA provided a approximate drive time of 21 minutes.

1  sales.  The messages between the two include discussions of searching for or considering various

2  firearms parts to purchase; about buyers of the firearms, profit, and marketability of the firearms they

3  manufactured; regarding several firearm and ammunition transactions of firearms they manufactured or

4  acquired for the purposes of profit.  The messages included discussions of prices to buy parts, and prices

5  for which they could or would sell completed firearms.  The messages also included videos and photos

6  of firearms and building firearms/ parts of firearms.  The messaging provides evidence of BANDA and

7  GARCIA engaging in the business of dealing firearms without a license, in violation of Title 18, United

8  States Code, Section 922(a)(1)(A).  Additionally, several photos and messages were captured evidencing

9  BANDA and GARCIA in possession of auto sears. As noted above, a swift link (auto sear) was

10  recovered during the search warrant service at BANDA's residence, and appeared to be the same as one

11  captured in an image GARCIA had sent to BANDA previously; thus, providing probable cause to

12  believe both BANDA and GARCIA were in possession of a machinegun and an unregistered firearm in

13  violation of Title 18, Section 922(o) Possession, Sale or Transfer of a machinegun and Title 26, United

14  States Code, Section 5861(d) Possession of an Unregistered Firearm.

15  ### III.      CONCLUSION

16  156.      Based on the information set forth herein, I believe there is probable cause to

17  believe GARCIA and BANDA are acquiring firearm parts from multiple sources, manufacturing the

18  firearms,  out-sourcing firearms they couldn't work on themselves to more experienced manufacturers

19  during the build process, and selling the firearms they build for profit. An automated firearms check

20  revealed GARCIA and BANDA not to have any firearms registered to them. GARCIA is a prior

21  convicted felon prohibited from possessing firearms or ammunition. Based on the text messages and

22  investigation, GARCIA and BANDA would work together on selling the firearms by identifying buyers.

23  During a portion of the conversation, an auto sear or "swift" link was observed to have been possessed

24  by GARCIA. During the search warrant service, on March 15, 2023, a matching auto sear was located at

25  BANDA's residence and appeared to be cracked. A check of the National Firearms Registration and

26  Transfer Record (NFRTR) showed neither subject has any record of owning any firearms or devices.

27

28  AFFIDAVIT

43

157.     I request that the Court issue an arrest warrant charging Arthur Garcia and Juan Banda with Engaging in the Business of Dealing Firearms Without a License in violation of Title 18, United States Code, Section 922(a)(1)(A), Possession, Sale or Transfer of a machinegun in violation of Title 18, United States Code, Section  922(o), and Title 26, United States Code, Section 5861(d) Possession of an Unregistered Firearm.

158.     I further request that the Court order that all papers in support of this application, including the affidavit and search warrant, be sealed until further order of the Court.  These documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation.  Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize that investigation causing suspects and BANDA to flee or destroy evidence.


*Y. Hernandez*
Yessie Hernandez
Task Force Officer, Federal Bureau of Investigation


Swore to and subscribed before me
This ___17th___ day of May, 2023

*Sheila K. Oberto*
SHEILA K. OBERTO
UNITIED STATES MAGISTRATE JUDGE


Reviewed as to form.

/s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney


AFFIDAVIT

44