

**FILED**
May 18, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>JUAN BANDA JR., and<br>ARTHUR GARCIA | No. 1:23-MJ-00053-SKO<br><br>SEALING ORDER<br><br>**(UNDER SEAL)** |

　　　　For good cause shown, IT IS HEREBY ORDERED THAT:

　　　　The Complaint (including Affidavit) in the above-captioned case, together with this <u>ex parte</u> application, the memorandum of points and authorities, the declaration of Kimberly A. Sanchez and this court's sealing order, be kept under seal until further order of the court.  The court finds that:  (1) closure serves a compelling interest in protecting the integrity of investigations into criminal activity; (2) there is a substantial probability that, in the absence of closure, this compelling interest would be harmed; and (3) there are no alternatives to closure that would adequately protect the compelling interest.  The Court further orders that the government may provide a copy of the sealed complaint to the defendant and to Pretrial Services upon the defendant's arrest.

5/17/2023
DATED

_____
SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE