UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:23-MJ-00053 SKO |
|---|---|
| Plaintiff, | UNSEALING ORDER |
| v. | **(UNDER SEAL)** |
| JUAN BANDA JR., and ARTHUR GARCIA | |

For good cause shown, IT IS HEREBY ORDERED THAT:

The Complaint (including Affidavit) in the above-captioned case is unsealed. The Government alerted the Court that upon defendant GARCIA's arrest, which has now occurred, the basis for the sealing request was no longer an issue.

5/23/2023
DATED

*Sheila K. Oberto*
SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE