**FILED**

Jun 01, 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

1  PHILLIP A. TALBERT
2  United States Attorney
   ROBERT VENEMAN HUGHES
3  Special Assistant United States Attorney
   KIMBERLY A. SANCHEZ
4  Assistant United States Attorney
   2500 Tulare Street, Suite 4401
5  Fresno, California  93721

6  Attorneys for Plaintiff
   United States of America
7

8               IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          CASE NO. 1:23-cr-00106-ADA-BAM

12                    Plaintiff,        18 U.S.C. § 922(a)(1)(A) – Engaging in the Business
                                        of Dealing and Manufacturing Firearms without a
13              v.                      License; 26 U.S.C § 5861(d) – Possession of an
                                        Unregistered Firearm; 18 U.S.C. § 922(o) –
14  JUAN BANDA, JR., and                Possession of a Machinegun; 18 U.S.C. § 922(g)(1) –
    ARTHUR GARCIA,                      Felon in Possession of Firearm; 18 U.S.C. §
15                                      924(d)(1), 26 U.S.C. § 5872, 28 U.S.C. § 2461(c),
                      Defendants.       and 49 U.S.C. § 80303 – Criminal Forfeiture
16

17                          I N D I C T M E N T

18

19  COUNT ONE:  [18 U.S.C. § 922(a)(1)(A) – Engaging in the Business of Dealing and Manufacturing
                Firearms without a License]
20
         The Grand Jury charges:  T H A T
21
                          JUAN BANDA, JR., and
22                        ARTHUR GARCIA,

23  defendants herein, beginning no later than on or about February 1, 2022, and continuing until at least

24  March 15, 2023 in the County of Fresno, State and Eastern District of California, not being a licensed

25  dealer and manufacturer of firearms as described in Title 18, United States Code, Section 923, did

26  willfully engage in the business of dealing and manufacturing in firearms.

27       All in violation of Title 18, United States Code, Section 922(a)(1)(A).

28

INDICTMENT                                1

1  COUNT TWO:  [26 U.S.C. § 5861(d) – Possession of an Unregistered Firearm]

2      The Grand Jury further charges: T H A T

3                              JUAN BANDA, JR., and
                              ARTHUR GARCIA,

4

5  defendants herein, on or about March 15, 2023, in the County of Fresno, State and Eastern District of

6  California, did knowingly possess a firearm, specifically, a red auto sear (machinegun), as defined in

7  Title 26, United States Code, Section 5845(b), which was not registered to them in the National

8  Firearms Registration and Transfer Record.

9      All in violation of Title 26, United States Code, Section 5861(d).

10  COUNT THREE:  [18 U.S.C. § 922(o) – Possession of a Machinegun]

11      The Grand Jury further charges:  T H A T

12                              JUAN BANDA, JR., and
                              ARTHUR GARCIA,

13

14  defendants herein, on or about March 15, 2023, in the County of Fresno, State and Eastern District of

15  California, did knowingly possess a machinegun, that is, a red auto sear.

16      All in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

17  COUNT FOUR:  [18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm]

18      The Grand Jury further charges: T H A T

19                              ARTHUR GARCIA,

20  defendant herein, on or about February 15, 2023, in the County of Fresno, State and Eastern District of

21  California, knowing that he had been convicted of a crime punishable by a term of imprisonment

22  exceeding one year, specifically:

23      (1) Carrying A Loaded Firearm in Public, in violation of California Penal Code section
    25850(a), on or about January 18, 2023, in Fresno County, California;

24

25  did knowingly possess a firearm, specifically, a Ruger .45 caliber handgun with serial number

26  66418133, in and affecting commerce, in that said firearm had previously been transported in interstate

27  and foreign commerce.

28      All in violation of Title 18, United States Code, Section 922(g)(1).

INDICTMENT

<u>FORFEITURE ALLEGATION:</u>    [18 U.S.C. § 924(d)(1), 26 U.S.C. § 5872, 28 U.S.C. § 2461(c), 49 U.S.C. § 80303 – Criminal Forfeiture]

1.    Upon conviction of one or more of the offenses alleged in Counts One, Three and Four of this Indictment, defendants JUAN BANDA, JR., and ARTHUR GARCIA, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offenses.

2.    Upon conviction of the offense alleged in Count Two of this Indictment, defendants JUAN BANDA, JR. and ARTHUR GARCIA shall forfeit to the United States pursuant to Title 26, United States Code, Section 5872, Title 28, United States Code, Section 2461(c), and Title 49, United States Code, Section 80303, any firearms involved in the commission of the offense and, any property used, or intended to be used in the commission of the offenses; and any aircraft, vehicle, or vessel involved in the commission of the offenses.

3.    If any property subject to forfeiture, as a result of the offenses alleged in this Indictment, for which defendants are convicted:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 28, United States Code, Section 2461(c),

///
///
///
///
///
///

incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of

defendant, up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ Signature on file w/AUSA

FOREPERSON

PHILLIP A. TALBERT
United States Attorney

**KIRK E. SHERRIFF**

KIRK E. SHERRIFF
Assistant United States Attorney
Chief, Fresno Office