MICHELE BECKWITH
Acting United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00106-NODJ-BAM |
|---|---|
| Plaintiff, | STIPULATION TO SET TRIAL DATES; AND ORDER |
| v. | |
| ARTHUR GARCIA | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Michele Beckwith, Acting United States Attorney and Robert L. Veneman-Hughes, Assistant U.S. Attorney and and Darryl Young, attorney for defendant Arthur GARCIA, that the status conference set for January 22, 2025 at 1:00 pm before the Honorable Barbara A. McAuliffe be vacated and jury trial be set for August 19, 2025 before a District Judge, with trial confirmation on July 21, 2025 before a District Judge.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. The parties have attempted to reach a resolution but have been unable to do so, and consequently the matter should be set for trial.

2. Because of the schedule of court and counsel, and need for defendant to adequately prepare for trial, the defendant moves that jury trial be set for August 19, 2025 before a District Judge, with trial confirmation on July 21, 2025, before a District Judge.

3. The parties agree and stipulate, and request that the Court find the following:

Stipulation                                        1

a) The government has represented that the discovery associated with this case includes investigative reports, and related documents, photographs, etc., in electronic form. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. Defense would like additional time to review discovery, and prepare for trial.

b) The government does not object to the continuance.

c) An ends-of-justice delay is particularly apt in this case because:

- Defendant needs additional time to review discovery, and conduct additional investigation; and

- The parties need additional time to prepare for trial trial.

d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 22, 2025 to August 19, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A) and (h)(7)(B)(iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

**[Remainder of page intentionally left blank.]**

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated: January 15, 2025                               Respectfully submitted,

                                                      MICHELE BECKWITH
                                                      Acting United States Attorney

                                              By      /s/ Robert L. Veneman-Hughes
                                                      ROBERT L. VENEMAN-HUGHES
                                                      Assistant United States Attorney

Dated: January 15, 2025                               /s/ Darryl Young
                                                      DARRYL YOUNG
                                                      Attorney for Defendant Arthur GARCIA

## **ORDER**

IT IS SO ORDERED that the status conference set for January 22, 2025, is vacated. A jury trial is set for **August 19, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. Estimate time of trial is **3-5 days**. A trial confirmation is set for **July 21, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. Time is excluded through trial pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **January 15, 2025**                         /s/ *Barbara A. McAuliffe*
                                                      UNITED STATES MAGISTRATE JUDGE

Stipulation                                3