DARRYL E. YOUNG, SBN #255894
Law offices of Darryl E. Young
7041 Koll Center Parkway, Ste. 255,
Pleasanton, California 94566
Telephone: (925) 215-0300
Facsimile:  (925) 425-7181

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00106-NODJ-BAM |
|---|---|
| Plaintiff, | STIPULATION TO VACATE TRIAL AND SET FOR A CHANGE OF PLEA; AND ORDER |
| v. | |
| ARTHUR GARCIA, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the Trial scheduled for August 19, 2025, at 8:30 a.m. before No District Court Judge, may be set for a Change of Plea to March 10, 2025, at 9:00 a.m. before the No District Court Judge.  The parties agree that the ends of justice served by taking this action outweigh the best interests of the public, as the defense needs additional time to prepare.

Dated:  February 19, 2025

*/s/ Darryl Young*
Darryl Young
Defense Counsel for Arthur Garcia

Dated:  February 19, 2025

*/s/ Robert Veneman-Hughes*
Robert Veneman-Hughes
Assistant United States Attorney

STIPULATION AND ORDER - 1

DARRYL E. YOUNG, SBN #255894
Law offices of Darryl E. Young
7041 Koll Center Parkway, Ste. 255,
Pleasanton, California 94566
Telephone: (925) 215-0300
Facsimile:  (925) 425-7181

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | Case No. 1:23-cr-00106-NODJ |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| ARTHUR GARCIA, | |
| Defendant. | |

IT IS SO ORDERED that the jury trial set for August 19, 2025, and trial confirmation set for July 21, 2025 are vacated. A change of plea hearing is set for **March 10, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge.** Time was previously excluded through August 19, 2025.

IT IS SO ORDERED.

Dated:   **February 20, 2025**           /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER - 2